## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>JUAREZ-Flores, Rodrigo<br>a.k.a. BECERRA, Martin<br>a.k.a. CARDONA-Becerra, Martin<br>a.k.a. MORALES, Andres | A14775⑨D<br>08 APR 30 AM 8:56<br>U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA |

WARRANT ISSUED ON THE BASIS OF:

Magistrate's Case No. **08 MJ 1146** 9ND
                                      DEPUTY

☐ Failure to Appear   ☐ Order of Court
☐ Indictment          ☐ Information
x Complaint

**WARRANT FOR ARREST**

To:

Any U.S. Marshal or other authorized officer

NAME AND ADDRESS OF PERSON TO BE ARRESTED

Rodrigo JUAREZ-Flores
227 Cypress Street
Chula Vista, California 91911

| DISTRICT OF ARREST: | CITY OF ARREST: |
|---|---|

**YOU ARE HEREBY COMMANDED** To arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below

### DESCRIPTION OF CHARGES

Title 8, United States Code, Section 1326 -- "Deported Alien Found in U.S."

RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA
2008 APR 15 A 11:16

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>Title 8 | SECTION<br>1326 |
|---|---|---|
| BAIL | OTHER CONDITIONS OF RELEASE | |

| ORDERED BY<br>*[signature]*<br>CLERK OF COURT/U.S. MAGISTRATE<br>**BARBARA L. MAJOR**<br>**U.S. MAGISTRATE JUDGE** | BY | DATE ORDERED<br>4/15/08<br>DATE ISSUED |
|---|---|---|

### RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON.

| DATE RECEIVED<br>4/15/08<br>DATE EXECUTED<br>4/25/08 | NAME AND TITLE OF ARRESTING OFFICER<br>Michael HAYNES<br>Special Agent | SIGNATURE<br>*Michael Haynes* |
|---|---|---|

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed

CLASS II 'J'

0301
(Deported
Alien found in
US)